McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00253-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | DATE: January, 27, 2021 |
| SHOLANDA THOMAS (aka, "Astro" or "Stro") and CHRISTINA SMITH (aka, "Traymate"), | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 27, 2021, may be continued until March 10, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The United States has produced initial discovery and is preparing supplemental discovery that it just received in this case, and defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through March 10, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION AND [PROPOSED] ORDER         1

1  IT IS SO STIPULATED.

Dated:  January 20, 2021                                McGREGOR W. SCOTT
                                                        United States Attorney


                                                        */s/ JOSEPH BARTON*
                                                        JOSEPH BARTON
                                                        Assistant United States Attorney


Dated:  January 20, 2021                                */s/ JAYA GUPTA*
                                                        JAYA GUPTA
                                                        Counsel for Defendant Christina Smith

McGREGOR W. SCOTT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SHOLANDA THOMAS (aka, "Astro" or "Stro") and CHRISTINA SMITH (aka, "Traymate"),<br><br>Defendants. | CASE NO. 1:20-CR-00253-DAD-BAM<br><br>ORDER |

**<u>ORDER</u>**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 27, 2021, is continued until **March 10, 2021, at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe**. The period through March 10, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **January 20, 2021**          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE