IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                        CASE NO: 1:20-CR-00253-DAD-BAM

**SHOLANDA THOMAS (AKA "ASTRO" OR "STRO") AND CHRISTINA SMITH (AKA "TRAYMATE")**

    Defendants.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | SHOLANDA THOMAS |
| Detained at | Central California Women's Facility |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 USC 1349, 1028A(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary by FORTHWITH*

| | |
|---|---|
| Signature: | */s/ Joseph Barton* |
| Printed Name & Phone No: | Joseph Barton, 559-892-8490 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/16/21                /s/ Barbara A. McAuliffe

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☒ Female | |
| Booking or CDC #: | CDCR No. X34272 | DOB: | 02/04/1984 |
| Facility Address: | 23370 Road 22, Chowchilla, CA 93610 | Race: | Caucasian |
| Facility Phone: | (559) 665-5531 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                (signature)