PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00253-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| SHOLANDA THOMAS, | DATE: April 13, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 13, 2022, at 1:00 p.m., may be continued until June 22, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case and is in plea negotiations with the government. The parties agree that time under the Speedy Trial Act shall be excluded through June 22, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: April 5, 2022         */s/ Melissa Baloian*
                             MELISSA BALOIAN
                             Counsel for Defendant Sholanda Thomas

Dated: April 5, 2022         */s/ Joseph Barton*
                             JOSEPH BARTON
                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00253-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHOLANDA THOMAS, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for April 13, 2022, at 1:00 p.m., is continued until **June 22, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**.  The period through June 22, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **April 6, 2022**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE