PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHOLANDA THOMAS, <br><br> Defendant. | Case No. 1:20-cr-00253-DAD-BAM <br><br> STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; AND ORDER <br><br><br> DATE: June 22, 2022 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Barbara A. McAuliffe |

The parties have finalized a Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Dale A. Drozd on June 13, 2022, at 9:00 a.m. The parties have confirmed this date with the Court. The Status Conference that is scheduled for June 22, 2022, before the Honorable Barbara A. McAuliffe, can be vacated.

Time under the Speedy Trial Act has already been excluded through June 22, 2022. Therefore, there is no need for a further time exclusion.

///

///

Dated:  April 30, 2022          */s/ Melissa Baloian*
                                MELISSA BALOIAN
                                Counsel for Sholanda Thomas


Dated:  April 30, 2022          */s/ Joseph Barton*
                                JOSEPH BARTON
                                Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00253-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHOLANDA THOMAS, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on June 13, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd.  The Status Conference scheduled for June 22, 2022, before the Honorable Barbara A. McAuliffe, is vacated. Time under the Speedy Trial Act has already been excluded through June 22, 2022.

IT IS SO ORDERED.

Dated: __**May 2, 2022**__                   /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE